# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5057**                    **September Term, 2024**

**1:25-cv-00334-BAH**

**Filed On: April 1, 2025**

Gwynne A. Wilcox,

      Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States and Marvin E.
Kaplan, in his official capacity as Chairman of
the National Labor Relations Board,

      Appellants

# O R D E R

Upon consideration of appellee's petition for hearing en banc, which includes a request for en banc reconsideration and vacatur of the court's order filed March 28, 2025, it is

**ORDERED**, on the court's own motion, that appellants file a response to the request for en banc reconsideration and vacatur by 5:00 p.m. on Wednesday, April 2, 2025. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

        BY:    /s/
                Laura M. Morgan
                Deputy Clerk